**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bahig Saliba, | No. CV-22-00738-PHX-SPL |
| Plaintiff, | |
| vs. | **ORDER** |
| American Airlines Incorporated, | |
| Defendants. | |

The Court is in receipt of pro se Plaintiff Bahig Saliba's 55-page Response to Defendants' Motion to Dismiss. (Docs. 27 & 28). Rule 7.2(e)(1) of the Local Rules of Civil Procedure ("LRCiv"), however, provides:

> Unless otherwise permitted by the Court, a motion including its supporting memorandum, *and the response including its supporting memorandum, may not exceed seventeen (17) pages*, exclusive of attachments and any required statement of facts.

LRCiv 7.2(e)(1) (emphasis added). The Court also recited LRCiv 7.2(e) in its Order giving Plaintiff until August 8, 2022 to file a response. (Doc. 24).

Because Plaintiff's 55-page Response exceeds the 17-page limit provided by LRCiv 7.2(e), the Court will strike the Response. The Court will allow Plaintiff until August 19, 2022 to refile a response that complies with the 17-page limit. In condensing his response, Plaintiff must also comply with LRCiv 7.1(b)(1):

> The body of all documents shall be typed double-spaced and shall not exceed 28 lines per page; they shall not be single-

spaced except for footnotes and indented quotations. All pleadings, motions and other original documents filed with the Clerk shall be in a fixed-pitch type size no smaller than ten (10) pitch (10 letters per inch) or in a proportional font size no smaller than 13 point, including any footnotes. Pages of the document must be numbered. The left margin shall not be less than 1 ½ inches and the right margin shall not be less than ½ inch.

LRCiv 7.1(b)(1). It is Plaintiff's obligation to timely respond to all motions in accordance with the Court's deadlines. **The failure of Plaintiff to file a new response to the Motion to Dismiss that complies with the Local Rules may in the discretion of the Court be deemed as consent to the granting of that Motion without further notice, and judgment may be entered dismissing the complaint and action with prejudice pursuant to LRCiv 7.2(i).** *See Brydges v. Lewis*, 18 F.3d 651 (9th Cir. 1994) (per curiam). Accordingly,

**IT IS ORDERED** that the Clerk of Court shall **strike** Plaintiff's Response to the Motion to Dismiss (Docs. 27 & 28).

**IT IS FURTHER ORDERED** that Plaintiff shall have until **August 19, 2022** to file a response to the Motion to Dismiss (Doc. 16) that complies with the Local Rules of Civil Procedure, including the 17-page limit.

**IT IS FURTHER ORDERED** that Defendants shall file any reply within **fifteen (15) days** from the date Plaintiff's response is filed.

**IT IS FURTHER ORDERED** that the Motion shall be deemed ready for decision without oral argument on the day following the date set for filing a reply unless otherwise ordered by the Court.

Dated this 9th day of August, 2022.

Honorable Steven P. Logan
United States District Judge